IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

      Plaintiff,                No. CIV S-06-0278 DFL DAD P

    vs.

LIEUTENANT D. DAVEY, et al.,

      Defendants.       <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil complaint seeking relief under 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee or submitted an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, the $250.00 filing fee or an application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order will result in a recommendation that the district judge dismiss this action without prejudice; and

/////

1

Dockets.Justia.com

1       2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
2  In Forma Pauperis By a Prisoner for use in an action brought under 42 U.S.C. § 1983.
3  DATED: February 17, 2006.

           /s/ Dale A. Drozd
           DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
spen0278.3a