IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

    Plaintiff,                    No. CIV S-06-0278 DFL DAD P

    vs.

LIEUTENANT D. DAVEY, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. The proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        By order filed February 17, 2006, plaintiff was granted thirty days to submit the required filing fee or an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On February 28, 2006, plaintiff submitted a copy of an application he signed on January 27, 2006. That application will be denied because the attached inmate trust account statements are not readable. Plaintiff subsequently requested an extension of time to process a new in forma pauperis application. That request will be granted.

        On March 15, 2006, the court received a properly completed application signed by plaintiff on February 23, 2006, and on March 24, 2006, the court received a properly completed

1  application signed by plaintiff on March 10, 2006.  These applications, which include legible
2  copies of plaintiff's trust account statements, make the showing required by 28 U.S.C. § 1915(a).
3  Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

4  Plaintiff is required by statute to pay the $250.00 filing fee in installments when
5  funds are available.[1]  See 28 U.S.C. §§ 1914(a) & 1915(b)(1).  Plaintiff's in forma pauperis
6  applications reveal that the average monthly balance in his inmate trust account during the six
7  months prior to the filing of this action was less than $1.00, and the average of monthly deposits
8  to his account during that time was less than $2.00 per month.  The court deems plaintiff to have
9  been without funds for six months, and he is currently without funds.  Accordingly, the court will
10 not assess an initial partial filing fee.  See 28 U.S.C. § 1915(b)(1).  Plaintiff will be obligated to
11 make monthly payments of twenty percent of the preceding month's income credited to his
12 prison trust account.  These payments will be collected and forwarded by the appropriate agency
13 to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the
14 filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

15 Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42
16 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff
17 has a reasonable opportunity to prevail on the merits of this action.

18 In accordance with the above, IT IS HEREBY ORDERED that:

19 1. Plaintiff's February 28, 2006 application to proceed in forma pauperis is
20 denied.

21 2. Plaintiff's March 13, 2006 request for extension of time to file an in forma
22 pauperis application is granted, and the application filed on March 24, 2006 is deemed timely.

23 3. Plaintiff's applications to proceed in forma pauperis filed on March 15, 2006,
24 and March 24, 2006, are granted.

---

[1] The filing fee is now $350.00.  The present action was filed prior to April 10, 2006, the effective date of the new filing fee amount.

1        4. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

      5. Service is appropriate for defendants Lieutenant D. Davey, Sergeant Laguna, Sergeant Lewis, Sergeant Freeman, Correctional Officer Roberts, Correctional Officer Sweeten, Correctional Officer Lee, Correctional Officer Buchannan, Medical Technical Assistant Abamonga, Correctional Officer Padilla, and Correctional Officer Phelps.

      6. The Clerk of the Court shall send plaintiff eleven USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed February 9, 2006.

      7. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 5 above; and

      d. Twelve copies of the endorsed complaint filed February 9, 2006.

      8. Plaintiff shall not attempt service of the complaint and summons on the defendants or request a waiver of service of summons. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 25, 2006.

      /s/ Dale A. Drozd  
      DALE A. DROZD  
      UNITED STATES MAGISTRATE JUDGE

DAD:13  
spen0278.1a

```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   GERALD SPENCE,
11           Plaintiff,                 No. CIV S-06-0278 DFL DAD P
12       vs.
13   LIEUTENANT D. DAVEY, et al.,       NOTICE OF SUBMISSION
14           Defendants.                OF DOCUMENTS
15   _____/
```

16         Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18             _____   <u>one</u> completed summons form;

19             _____   <u>eleven</u> completed USM-285 forms; and

20             _____   <u>twelve</u> true and exact copies of the complaint filed February 9, 2006.

21

22  DATED: _____.

23

24                                              _____
                                                Plaintiff
25

26