IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD SPENCE,**<br><br>                                   Plaintiff,<br><br>         v.<br><br>**LIEUTENANT D. DAVEY, et al.,**<br><br>                                   Defendants. | CASE NO. 2:06-cv-0278-DFL-DAD-P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS ABAMONGA, BUCHANAN, DAVEY, LAGUNA, LEWIS, PHELPS, ROBERTS, AND SWEETEN TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants Abamonga, Buchanan, Davey, Laguna, Lewis, Phelps, Roberts, and Sweeten's First Request for Extension of Time to Respond to Complaint was considered by this Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendants Abamonga, Buchanan, Davey, Laguna, Lewis, Phelps, Roberts, and Sweeten have 45 days from the date of service of this order to file their responses to Plaintiff's complaint.

DATED: August 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/spen0278.eotresp