IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

    Plaintiff,                  No. CIV S-06-0278 DFL DAD P

    vs.

LIEUTENANT D. DAVEY, et al.,

    Defendants.           <u>ORDER</u>

_____/

        By order filed April 26, 2006, the court directed the United States Marshal to serve the pro se plaintiff's complaint on eleven defendants. On July 11, 2006, prior to the appearance of any defendant in this action, plaintiff filed a notice of change of address and a request for a stay and other orders due to his transfer from state prison to Sacramento County Jail for a new trial. On July 18, 2006, plaintiff filed a second request for a stay or to extend time, and on July 26, 2006, plaintiff filed a notice of change of address to a private address in Sacramento.

        On August 7, 2006, eight defendants appeared through counsel and requested an extension of time to file responses to plaintiff's complaint. By separate order, defendants' request will be granted.

        At the present time, plaintiff has no pending deadlines in this case because eight defendants have been granted an extension of time to respond to the complaint, and three

1

1 defendants have not yet appeared in the case. Plaintiff's requests to stay or to extend time will be
2 denied as unnecessary.

3      Plaintiff's private address has been entered on the court's docket. Plaintiff is
4 advised that the rules applicable to documents mailed by prisoners do not apply to unincarcerated
5 litigants. For litigants who are not incarcerated, a document is filed when it is "delivered into the
6 custody of the Clerk and accepted by the Clerk for inclusion in the official records of the action."
7 Local Rule 1-101. Plaintiff's subsequent filings must be received by the Clerk for filing on or
8 before any due date set by court order or applicable rules. Plaintiff is cautioned that untimely
9 filings may be disregarded.

10      Accordingly, IT IS ORDERED that:

11      1. Plaintiff's July 11, 2006 request for a stay and other orders is denied; and

12      2. Plaintiff's July 18, 2006 request to extend time or for a stay is denied.

13 DATED: August 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17 DAD:13
spen0278.reqs