IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

      Plaintiff,                       2:06-cv-0278-GEB-DAD-P

    vs.

LIEUTENANT D. DAVEY, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 12, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        Although it appears from the file that plaintiff's copy of the findings and recommendations was returned to the court as undeliverable, plaintiff was properly served with

/////

/////

1

1 the findings and recommendations.[1]  It is plaintiff's responsibility to keep the court apprised of
2 his current address at all times.  Pursuant to Local Rule 83-182(d), service of documents at a
3 party's address of record is fully effective.
4       The court has reviewed the file and finds the findings and recommendations to be
5 supported by the record and by the magistrate judge's analysis.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1. The findings and recommendations filed December 12, 2006, are adopted in
8 full;
9       2. Defendants' September 25, 2006 motion to dismiss certain claims is granted;
10       3. Plaintiff's state law Claims One and Three and federal Claims One, Two, and
11 Five are dismissed without prejudice for failure to exhaust available administrative remedies
12 before filing this suit;
13       4. Plaintiff's federal Claim Six is dismissed for failure to state a cause of action
14 against defendant Abamonga; and
15       5. Plaintiff's remaining claims are dismissed without prejudice pursuant to Local
16 Rule 11-110 as a sanction for failure to prosecute this action, failure to obey a court order, and
17 failure to comply with Local Rule 78-230(m).

Dated: September 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The docket reflects that the envelope was marked "Return to Sender, Unable to Forward."